IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DONALD MILTON BOYSAW,

        Plaintiff,

v.           CIVIL ACTION NO.   5:13-cv-24019

CHARLES E. SAMUELS, JR., et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion and Order granting the Defendants' motion to dismiss, denying the Plaintiff's motion for summary judgment, adopting the Magistrate Judge's *Proposed Findings and Recommendation*, and overruling the Plaintiff's objections, the Court **ORDERS** that judgment be entered in favor of the Defendants, and that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to Magistrate Judge VanDervort, to counsel of record, and to any unrepresented party.

ENTER:     June 9, 2015

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA